[No. 11326. Department One. December 5, 1913.]

FRED D. McCULLOUGH, *Respondent*, v. PUGET SOUND REALTY
ASSOCIATES, *Appellant*.[1]

Appeal from a judgment of the superior court for King county,
Mackintosh, J., entered March 14, 1913, upon findings in favor of
the plaintiff, in an action on contract, tried to the court. Affirmed.

*Corwin S. Shank* and *Horatio C. Belt*, for appellant.

*Louis E. Shela*, for respondent.

PER CURIAM.—This is a suit upon an express parol contract for
the recovery of a money judgment. There was a judgment for the
plaintiff. The defendant has appealed.

The appeal involves questions of fact only. We cannot say upon
the record that the court was in error in concluding that the plain-
tiff had established his case by a preponderance of the evidence.

Affirmed.